UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROMEO C. ALLEN,

                    Plaintiff,

          v.

COWLITZ COUNTY DISTRICT COURT,

                    Defendant.

CASE NO. 3:23-CV-5426-RJB

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge. Dkt. 1. The Court, having considered the and the remaining record, and no objections having been filed, does hereby find and **ORDER** as follows:

(1)    The Report and Recommendation (Dkt. 4) is **ADOPTED**;

(2)    Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **DENIED** and the case is **DISMISSED** with prejudice as frivolous and for failure to state a claim; and

(3)    The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 14th day of June, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1